AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mark Hannabury | **JUDGMENT IN A CIVIL CASE** |
| | CASE NUMBER: 14-CV-6126 |
| v. | |
| Hilton Grand Vacations Company, LLC | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the case is dismissed.

Date: 3/28/2016                                                              MARY C. LOEWENGUTH, CLERK

                                                                                             By: Barbara Keenan
                                                                                                     Deputy Clerk